1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 30 2015

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

8   UNITED STATES DISTRICT COURT
9   CENTRAL DISTRICT OF CALIFORNIA
10  WESTERN DIVISION

11  DARRYL BURGHARDT,              ) Case No. CV 14-4677-JAK (DFM)
12            Petitioner,          )
                                   ) Order Accepting Findings and
13       v.                        ) Recommendation of United States
14  JEFFREY BEARD,                 ) Magistrate Judge
15            Respondent.          )
16  _____ )

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the
19  other records on file herein, and the Final Report and Recommendation of the
20  United States Magistrate Judge. Further, the Court has engaged in a *de novo*
21  review of those portions of the Report and Recommendation to which
22  objections have been made. The Court accepts the findings and
23  recommendation of the Magistrate Judge.
24  ///
25  ///
26  ///
27  ///
28  ///

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice. |
| 2 | |
| 3 | |
| 4 | Dated: 10/29/15 |

 

_____
JOHN A. KRONSTADT
United States District Judge

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: 10/29/15

JOHN A. KRONSTADT
United States District Judge