JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DARRYL BURGHARDT,

    Petitioner,

    v.

JEFFREY BEARD,

    Respondent.

Case No. CV 14-4677-JAK (DFM)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: 10/29/15

JOHN A. KRONSTADT
United States District Judge