# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL BURGHARDT,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Respondents. | Case No. CV 14-04677-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

Date:  September 23, 2021

JOHN A. KRONSTADT
United States District Judge