JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL BURGHARDT,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY BEARD, et. al,<br><br>Respondents. | Case No. CV 14-04677-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied, and this action dismissed with prejudice.

Date: September 23, 2021

JOHN A. KRONSTADT
United States District Judge